AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

| | | |
|---|---|---|
| United States of America<br>v.<br>Alexander Jakeway<br><br>*Defendant(s)* | ) | Case No. SEALED<br>3:25-MJ-124 SJF |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 4, 2025 in the county of Porter in the Northern District of Indiana, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 875(c). | Transmission of threats to injure in interstate or foreign commerce. |

This criminal complaint is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.

[signature] 7688

*Complainant's signature*

Vicki Maxwell, TFO, HSI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/06/2025

s/Scott J. Frankel

*Judge's signature*

City and state: South Bend, IN

Hon. Scott J. Frankel, U.S. Magistrate Judge

*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Vicki Maxwell, being first duly sworn, hereby depose and state as follows.

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a Criminal Complaint against Alexander JAKEWAY for transmission of threats to injure the person of another in interstate or foreign commerce, in violation of 18 U.S.C. § 875(c).

2. I am a Task Force Officer (TFO) with Homeland Security Investigations (HSI), and have been since 2022. I am currently assigned to the HSI Chicago – Hammond Indiana Group. I am a Master Trooper Detective with Indiana State Police (ISP). I have been employed as a sworn law enforcement officer with ISP since April 2006. I have investigated State and Federal criminal violations related to, but not limited to, cyber crimes, child exploitation, and child pornography.

3. I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7) and am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested Criminal Complaint and arrest warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

5. On or about November 4, 2025, HSI Chicago's office received information about an individual on the social media platform X making threats against ICE agents. The individual made posts under X username @heelest with display name "wicked ass douchebag".

6. On the X profile page for @heelest, the user listed a hyperlink to a website called "heelest.com". The website heelest.com is a Shopify powered website used to sell t-shirts by a person named "Alex". Through additional open-source targeted checks for "heelest.com", investigators discovered an associated link to discogs.com. Discogs.com is a music discovery and record collecting website that has a community forum where users can create a profile and chat under different forum titles. The Discogs.com profile with the username "heelest" lists the name Alex Jakeway, located in Valparaiso, Indiana, and provides a link to the heelest.com Shopify website. Based on the links between the @heelest X account, heelest.com Shopify website, and "heelest" Discogs.com profile, along with associated identifying information (as discussed in further detail below), investigators believe that Alex JAKEWAY is the primary user of the @heelest X account.

7. On November 4, 2025, HSI identified posts that were made by the @heelest X account.

8. On November 4, 2025, the user of the @heelest account made an X post that was timestamped "4:55 AM" that said: "Shut the fuck up geek go shoot an ice agent dead and holler at me, I'm busy". (see image below)




9. A short time later, on November 4, 2025, in response to another X user's post about ICE agents, the user of the @heelest account said: "We need to actually kill these fucking goons I

think I really don't have experience with this and don't care about speaking publicly either". (see image below)




10. A short time later, in another response to the aforementioned X user's post about ICE agents, the user of the @heelest account said: "Shoot on sight". (see image below)



11. Based on my training and experience, I know that X is a social media platform that allows users to communicate via the internet and transmit communications throughout the United States and other countries thereby affecting interstate or foreign commerce.[1]

12. On November 5, 2025, using Open-Source investigation tools, I located a public Facebook account with the username "Alex Jakeway". The profile of the Facebook account is www.facebook.com/patterncrawler. The profile page included the website www.heelest.com. Photos posted to the Facebook page included posted comments made to user "Alex Jakeway" by other Facebook users. One particular comment asked "Alex Jakeway" "wats ur handle?", to which he replied "@heelest". The Facebook account "Alex Jakeway" included publicly available photographs of a white male wearing glasses.

13. On November 5, 2025, using Open-Source investigation tools, I entered @heelest into a Google search engine. The search revealed a publicly available Instagram account with the account name "heelest wicked ass douchebag". The profile of the account is www.instagram.com/heelest/.

14. On November 5, 2025, a query into law enforcement records located a 2023 arrest record for Alexander Jakeway, date of birth 07/XX/1990, Operator License Number 4420-03-9912. The law enforcement record included a photograph of Alexander Jakeway. This photograph is visually similar to photographs of the white male wearing glasses in the Facebook account "Alex Jakeway".

[1] Information published by X on its webpage "Help Center: Our Global Operations and Data Transfer", available at https://help.x.com/en/rules-and-policies/global-operations-and-data-transfer, also informs X users of the following: "Your information, which we receive when you use our services, may be transferred to and stored in the United States, Ireland, and other countries where we operate, including through our offices, partners, and service providers."

15. On November 5, 2025, a query into the Indiana Bureau of Motor Vehicles (BMV) located a record for Alexander Frances Jakeway, date of birth 07/XX/1990, Operator License Number 4420-03-9912. The BMV record listed the mailing address XXXX Linden Drive, Valparaiso, Indiana 46383-2332 Porter County.

16. Based on the foregoing, I believe there is probable cause to believe that Alexander JAKEWAY transmitted threats to injure the person of another, in violation of 18 U.S.C. § 875(c).

Respectfully submitted,

_______________________________

Vicki Maxwell
Indiana State Police
Homeland Security Investigations Task Force Officer

Subscribed and sworn before me on this 6th day of November 2025.

s/Scott J. Frankel
_______________________________
Hon. Scott J. Frankel
UNITED STATES MAGISTRATE JUDGE