UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

- FILED -
IN OPEN COURT
NOV 12 2025
At ________ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v. | ) | Case No. 3:25-cr-97 CCB SJF |
| | ) | |
| ALEXANDER JAKEWAY | ) | 18 U.S.C. § 875(c) |

**THE GRAND JURY CHARGES:**

On or about November 4, 2025, in the Northern District of Indiana,

**ALEXANDER JAKEWAY,**

defendant herein, knowingly and willfully did transmit in interstate and foreign commerce a communication containing a threat to injure the person of another.

All in violation of Title 18, United States Code, Section 875(c).

Dated: November 12, 2025

A TRUE BILL:

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson

M. SCOTT PROCTOR
ACTING UNITED STATES ATTORNEY

By: */s/ Lydia T. Lucius*
Lydia T. Lucius
Assistant United States Attorney