IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:25-cr-00097-CCB-SJF |
| | ) | |
| ALEXANDER JAKEWAY, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

On November 10, 2025, undersigned counsel was appointed to represent Defendant, Alexander Jakeway, in this matter (DE 5).

On November 18, 2025 attorney Donald J. Schmid entered his appearance on behalf of Defendant, Alexander Jakeway, as retained counsel. (DE 18).

Undersigned counsel now moves the court for an order terminating his appointment.

WHEREFORE, undersigned counsel for Defendant Alexander Jakeway, moves to withdraw his appearance.

Dated: November 21, 2025.

Respectfully submitted,

*/s/George E. Horn, Jr.*
George E. Horn, Jr. (11721-71)
BARNES & THORNBURG LLP
201 S. Main St., Suite 400
South Bend, IN 46601
Phone: (574) 233-1171
E-mail: george.horn@btlaw.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2025, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

BARNES & THORNBURG LLP

*/s/George E. Horn, Jr.*
George E. Horn, Jr.